UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEONA M. BOLTON,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

Defendant.

CASE NO.  C10-5413RJB

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
REMANDING CASE TO THE
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

    The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of

United States Magistrate Judge J. Richard Creatura (Dkt. 15), and the remaining record, does

hereby find and **ORDER**:

    (1)    The Court **ADOPTS** the Report and Recommendation (Dkt. 15);

    (2)    The matter therefore is **REVERSED** and **REMANDED** to the Commissioner of

           the Social Security Administration, in accord with the Report and

           Recommendation; and

    (3)    The Clerk is directed to send copies of this Order to counsel of record.

    DATED this 4th day of February, 2011.

                                    _____
                                    ROBERT J. BRYAN
                                    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1