# United States District Court

WESTERN DISTRICT OF WASHINGTON

LEONA M. BOLTON,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5413RJB

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 15); and

(2) The matter therefore is **REVERSED** and **REMANDED** to the Commissioner of the Social Security Administration, in accord with the Report and Recommendation.

|  |  |
|---|---|
| February 7, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk